

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD/JD
F. #2020R00632

*610 Federal Plaza*
*Central Islip, New York 11722*

February 23, 2023

<u>By Email and ECF</u>
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Arevalo-Chavez, et al.
                  Criminal Docket No.: 22-429 (JMA)

Dear Judge Azrack:

        On September 22, 2022, a grand jury sitting in the Eastern District of New York returned the above-captioned indictment (the "Indictment"), charging 13 high-ranking leaders of La Mara Salvatrucha, also known as the MS-13," with: (1) RICO Conspiracy, in violation of 18 U.S.C. § 1962(d); (2) Conspiracy to Provide or Conceal Material Support to Terrorists, in violation of 18 U.S.C. § 2339A; and (3) Narco-Terrorism Conspiracy, in violation of 21 U.S.C. § 960a. Additionally, four defendants also were indicted for Alien Smuggling Conspiracy, in violation of 8 U.S.C. § 1324. On February 22, 2023, three of the defendants, VLADIMIR ANTONIO AREVALO-CHAVEZ, also known as "Vampiro de Monserrat Criminales" WALTER YOVANI HERNANDEZ-RIVERA, also known as "Baxter de Park View" and "Bastard de Park View," and MARLON ANTONIO MENJIVAR-PORTILLO, also known as "Rojo de Park View," were located by Mexican immigration authorities, expelled from Mexico via the United States, and arrested by special agents from the Federal Bureau of Investigation ("FBI") and Homeland Security Investigations ("HSI") at George Bush Intercontinental Airport in Houston, Texas. Later this afternoon, the defendants will have initial appearances in the Southern District of Texas, pending removal to the Eastern District of New York.

        In order for the defendants to have their initial appearances in the Southern District of Texas, the government respectfully requests that the Court issue an order unsealing a redacted version of the Indictment, which removes the Grand Jury Foreperson's signature. Copies of the

proposed unsealing order and redacted indictment are attached hereto as Exhibits 1 and 2, respectively.

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____
John J. Durham
James Donnelly
Assistant U.S. Attorneys
(631) 715-7851

Exhibit 1-2 (Unsealing Order and Redacted Indictment)

cc:   Clerk of the Court (JMA) (By ECF)