

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD
F. #2020R00632

*610 Federal Plaza*
*Central Islip, New York 11722*

June 23, 2023

By Email and ECF
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Arevalo-Chavez, et al.
                Criminal Docket No.: 22-429 (JMA)

Dear Judge Azrack:

        The government respectfully submits this letter in response to a June 15, 2023 order for the Court, which directed the government to provide the Court with a status update regarding the Metropolitan Detention Center's ("MDC") efforts to provide the defendants with additional telephone calls.[1]  The Court's order was in response to a June 13, 2023 letter from Glenn Obedin, Esq., counsel for the defendant Marlon Antonio Menjivar-Portillo, on behalf of all four defendants, which, inter alia, requested that the Court increase the defendants' phone privileges, beyond the current limit of one phone call per month.  After receiving the defendants' letter, the government contacted the Bureau of Prisons ("BOP") and requested that the

---

     [1]  The government's response originally was due on June 20, 2023, but the Court extended it to June 23, 2023 to allow the government additional time to coordinate with Bureau of Prisons.

defendants' phone privileges be expanded.  After further discussions, the BOP agreed to increase the defendants' phone privileges to one phone call per week.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  John J. Durham
Assistant U.S. Attorney
(631) 715-7851

cc:    Clerk of the Court (JMA) (By ECF)
Counsel of Record (By Email and ECF)