# UNITED STATES DISTRICT COURT
## FOR THE
# EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: January 26, 2024

Re: 22-cr-00429-JMA-AYS-7
USA v. Arevalo-Chavez et al

Dear *pro se* litigant:

The enclosed __letter__ is/are being returned without docketing or consideration for the following reason(s):

(  ) The docket number and/or judges' initials are incorrect or missing.

(  ) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

(  ) These papers appear to be intended for another court or agency.

(  ) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

(  ) Your papers do not meet the minimum requirements for:
   (  ) Legibility: please type or print clearly.
   (  ) Language: only English is acceptable.
   (  ) Form or Content: See forms/instructions enclosed.
   (  ) Please indicate the documents you served on your affirmation of service.
   (  ) Other:

(  ) This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.
(  ) Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

(  ) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

   United States Court of Appeals for the Second Circuit
   Thurgood Marshall U. S. Courthouse
   40 Foley Square
   New York, NY 10007

(XX) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(  ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(  ) Other:

By: _____
K. Santana

RECEIVED
JAN 24 2024
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 24 2024 ★
LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE

Good Day Your Honor,

May The Blessings Of God Be Upon Your Every Day.

The Reason For This Letter Is To Touch Upon A Subject Which Was Discussed On The 15th Of Dec. The Day Of My Court Appearance. As I Am Aware A Date Is Its Given By Your Honor To All Parties Involved That The Best Interest Of My Well Being Is To Find A Facility Where I May Be Amongst Other People And Out Of The SHU. As Your Honor May Be Aware That For The Last 10 months I Have Been Housed In The SHU. I Would Hope That There Has Been Found A Facility That I May Be Transfered To. The Thing Is That My Family Wishes To Hear From Me Often And Know More About My Case. The Issue Is Being In The SHU It Is Nearly Impossible To Have The Sort Of Communication That Is Needed Even With The Amount Of Calls You Have Ordered Since They Give Them Whenever They Want, Not When Needed And The Mail Is Not Given When Received, But Way After. I Am Not In The SHU For Disiplinary Reasons Nor Of My Free Will. So You See It Is Very Difficult To Maintain A Constant Communication With My Family. If There Be No Other Facility To Transfer To I Ask That My Seprarty Be Lifted So That I May Be Able To Return To General Population. I Have No Problems With Anyone. There Are No Problems With East And West Coast. I Only Ask For An Opportunity To Be Out Of The SHU Since I've Been Here Now 300 Days Alone without A Cellmate. It's Been Hard →

On Me And My Well Being, I Ask Your Honor To Please Help Me Get Transfered To A Place Where I May Enjoy All The Priviteges As Others Do. Since This Case May Take Awhile.

Thank You Your Honor

In Hopes Of A Reasonable Response

At Your Mercy,
Marlon Antonio Menjivar Portillo
#08166506

MARLON MENJIVAR #08166506
MDC BROOKLYN
80-29TH ST
BROOKLYN N.Y.
11232



MID-ISLAND NY 100
16 JAN 2024 PM 30L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 24 2024   ★

LONG ISLAND OFFICE

JOAN M AZRACK
DISTRICT COURT 100
FEDERAL PLAZA CENTRAL
SLIP N.Y. 11722

11722-450399



METROPOLITAN DETENTION CENTER
80 29TH S   BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.