# Mark S. DeMarco

Attorney At Law
100 Lafayette Street, Ste. 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

March 10, 2025

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**BY ECF & ELECTRONIC MAIL**

Re: *United States v. Marlon Menjivar-Portillo*, **22 CR 429 (JMA)**

Your Honor:

    Due to scheduling conflicts, I write to respectfully request that the conference scheduled for March 11, 2025, be adjourned until April 3, 2025.

    Further, since this adjournment is at defendant's request, it is respectfully requested that the Court exclude this period of time under the Speedy Trial Act, *18 U.S.C. § 3161, et. seq*.

    Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco