| | |
|---|---|
| BEFORE: JOAN M. AZRACK | DATE: 3/19/2025 |
| UNITED STATES DISTRICT JUDGE | TIME: 1:30 PM (50 min) |

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET NO. 22-cr-429 (JMA)**

**FILED CLERK**
3/19/2025 4:00 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Marlon Menjivar-Portillo         DEF. #: 7**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail
**DEFENSE COUNSEL:  Glenn Obedin, Mark DeMarco, Dan Russo**
☐ Federal Defender    ☒ CJA    ☐ Retained

**AUSA: Justina Geraci w/ SAs Daniel Fandry, Craig Matteo, Joseph Chester, Sean McMullen**

INTERPRETER: Guadalupe Alvarez (Spanish),

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi         COURTROOM DEPUTY: LMP

☒    Case Called.        ☒    Counsel present for all sides.

☒    Defendant is sworn, informed of his rights, and waives trial.

☒    Defendant enters a plea of Guilty to Counts 1, 2 and 3 of the Indictment.

☒    The defendant explains the offense committed and the Government outlines the proof they would present at trial.

☒    Having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, the Court finds a factual basis for the plea and accepts it.

Sentencing:   ☒    To be set by Probation.
              ☐    Set for  before Judge Azrack.

Defendant    ☒    Released on Bond    ☐    Remains in Custody.

OTHER: Transcript sealed with the exception of providing a copy to the parties.